UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK NA, | CASE NO. C18-1814 RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SEONGWAN KIM, YEONSOOK KIM, and ALL OCCUPANTS AND PERSONS IN POSSESSION, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On January 14, 2019, the Court issued an Order to Show Cause "why [Defendants] have not filed a copy of the operative complaint and why this case should not be dismissed for failure to respond to the Court or comply with the Court's local rules." Dkt. #3.

Defendants respond by simply filing a copy of the state court complaint. Dkt. #5-1. Defendants do not provide any justification for the failure to initially file the complaint or for their failure to comply with the Court's local rules and orders. Dkt. #5. Defendants' only statement is: "Pursuant to the show cause ordered [sic] issue on November 14th, 2019 [sic] Seongwan Kim has attached the complaint from the state court." *Id.* Defendants' filing, deficient

MINUTE ORDER – 1

as it may be, remedies the Court's immediate concern and provides some basis for considering the Court's jurisdiction over this matter. Because Plaintiff's Motion to Remand to State Court (Dkt. #4) is pending, the Court takes no further action and considers its prior Order to Show Cause (Dkt. #3) RESOLVED.

Dated this 24th day of January 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
 Deputy Clerk

MINUTE ORDER – 2